**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IDA MOLAYEM, MICHAEL GATHEN, and KEITH WHITE, on behalf of themselves and all others similarly situated, | Case No.: 1:24-cv-04816 (JGLC) |
| Plaintiffs, | |
| vs. | |
| RALPH LAUREN CORPORATION, a Delaware corporation, RALPH LAUREN RETAIL, INC., a Delaware corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

**[PROPOSED] ORDER OF FINAL JUDGMENT**

The Court entered its order dismissing Plaintiff Michael Gathen's claims and denying him leave to amend on September 29, 2025. *See* ECF No. 39. Having expressly determined that there is no just reason for delay, final judgment is hereby entered in favor of Defendants Ralph Lauren Corporation and Ralph Lauren Retail, Inc., as to Plaintiff Michael Gathen's claims under New York General Business Law §§ 349 and 350.

Dated this 30th day of _March_, 20256    _____

                                       HON. JESSICA G. L. CLARKE
                                       UNITED STATES DISTRICT JUDGE